| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Reeves, Pamela L. | 2. Court or Organization<br><br>United States District Court Eastern District of Tennessee | 3. Date of Report<br><br>05/16/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge | 5a. Report Type (check appropriate type)<br><br>✓ Nomination    Date 05/16/2013<br>☐ Initial   ☐ Annual   ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>05/15/2013 |

**7. Chambers or Office Address**

2607 Kingston Pike, Suite 130
Knoxville, TN 37919

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Reeves, Herbert & Anderson, P.A. |
| 2. | Secretary and member Board of Directors | Medic Regional Blood Bank |
| 3. | Chair elect and Member Board of Trustees | Tennessee Bar Foundation |
| 4. | Past president and Member Board of Directors | American College of Civil Trial Mediators |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✓ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Self employed attorney net income | $223,563.00 |
| 2. | 2012 | Self employed attorney gross income | $370,631.48 |
| 3. | 2013 | Self employed attorney gross income | $155,598.12 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Salary City of Knoxville |
| 2. | 2013 | Salary City of Knoxville |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Rental property #1 Salisbury N.C. | B | Rent | K | W | Exempt | | | | |
| 2. Rental Property #2 Salisbury, N.C. | B | Rent | K | W | | | | | |
| 3. Business property #1 Knoxville TN | E | Rent | M | W | | | | | |
| 4. Charles Schwab Money Market Fund | A | Int./Div. | K | T | | | | | |
| 5. Advanced Auto Parts Common Stock | | None | | | | | | | |
| 6. Alliance SE Common Stock | | None | | | | | | | |
| 7. American Express Common Stock | A | Int./Div. | | | | | | | |
| 8. American Intl Group Common Stock | | None | J | T | | | | | |
| 9. Apple Computer | | None | J | T | | | | | |
| 10. Aspen Insurance Holding LTD. Common Stock | A | Int./Div. | J | T | | | | | |
| 11. Astrazenecca PLC Common Stock | A | Int./Div. | J | T | | | | | |
| 12. BP PLC Common Stock | A | Int./Div. | | | | | | | |
| 13. Bank of America Corp. Common Stock | A | Int./Div. | J | T | | | | | |
| 14. Berkshire Hathaway Common Stock | | None | K | T | | | | | |
| 15. Biglari Holdings Inc.Common Stock | | None | J | T | | | | | |
| 16. Calamos Asset Management Inc. Common Stock | | None | J | T | | | | | |
| 17. Chesapeake Energy Corp. Common Stock | A | Int./Div. | J | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Pamela L. | 05/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cisco Sys Inc Common Stock | A | Int./Div. | J | T | | | | | |
| 19. Conoco Phillips Common Stock | A | Int./Div. | | | | | | | |
| 20. Crimson Wine Group Common Stock | | None | | | | | | | |
| 21. Dell, Inc. Common Stock | A | Int./Div. | | | | | | | |
| 22. DirecTV Common Stock | | None | J | T | | | | | |
| 23. Douglas Dynamics, Inc. Common Stock | A | Int./Div. | J | T | | | | | |
| 24. Fairfax Financial Holdings LTD. Common Stock | A | Int./Div. | J | T | | | | | |
| 25. First Financial Bancorp Common Stock | A | Int./Div. | J | T | | | | | |
| 26. General Electric Common Stock | A | Int./Div. | | | | | | | |
| 27. Goldman Sachs Common Stock | A | Int./Div. | J | T | | | | | |
| 28. H & R Block Common Stock | A | Int./Div. | | | | | | | |
| 29. Ingram Micro, Inc. Common Stock | A | Int./Div. | | | | | | | |
| 30. Intel Common Stock | A | Int./Div. | J | T | | | | | |
| 31. J.P. Morgan & Co. Common Stock | A | Int./Div. | J | T | | | | | |
| 32. Legg Mason, Inc. Common Stock | A | Int./Div. | | | | | | | |
| 33. Leggett & Platt, Inc. Common Stock | A | Int./Div. | | | | | | | |
| 34. Leucadia National Corp. Common Stock | A | Int./Div. | J | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 35. | Lockheed Martin Common Stock | A | Int./Div. | J | T | | | | | |
| 36. | Loews Corp. Common Stock | A | Int./Div. | J | T | | | | | |
| 37. | Markel Corp. Common Stock | | None | J | T | | | | | |
| 38. | Microsoft Common Stock | A | Int./Div. | J | T | | | | | |
| 39. | Oaktree Capital Group Common Stock | A | Int./Div. | J | T | | | | | |
| 40. | Pfizer, Inc. Common Stock | A | Int./Div. | | | | | | | |
| 41. | Phillips 66 Common Stock | | None | | | | | | | |
| 42. | Plum Creek Common Stock | A | Int./Div. | | | | | | | |
| 43. | ProShares UltraShort Barclays 20+ Trsy Common Stock | | None | | | | | | | |
| 44. | Quest Diagnostics, Inc. Common Stock | A | Int./Div. | | | | | | | |
| 45. | RenaissanceRe Holdings Ltd. Common Stock | A | Int./Div. | J | T | | | | | |
| 46. | Tesco PLC ADRF Common Stock | | None | J | T | | | | | |
| 47. | The Charles Schwab Corp. Common Stock | A | Int./Div. | | | | | | | |
| 48. | Unilever PLC ADR Common Stock | | None | J | T | | | | | |
| 49. | UnitedHealth Group Common Stock | A | Int./Div. | J | T | | | | | |
| 50. | Verizon Communications Common Stock | A | Int./Div. | | | | | | | |
| 51. | Vodafone Group Common Stock | A | Int./Div. | J | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
 P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Pamela L. | 05/16/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Walgreen Co. Common Stock | | None | | | | | | | |
| 53. Waste Mangement Common Stock | | None | | | | | | | |
| 54. Xerox Corp. Common Stock | A | Int./Div. | | | | | | | |
| 55. iPath DJ AIG Natural Gas TR Sub-Idx ETN Common Stock | | None | | | | | | | |
| 56. American Fund Washington Mutual Investors Fund, Inc. | A | Int./Div. | J | T | | | | | |
| 57. Weitz Value Portfolio | A | Int./Div. | J | T | | | | | |
| 58. American Fund New Perspective Fund | A | Int./Div. | J | T | | | | | |
| 59. Nationwide Investors Destination Moderately Conservative Fun | | None | J | T | | | | | |
| 60. Vanguard Energy Fund Investor | A | Int./Div. | J | T | | | | | |
| 61. Vanguard Health Care Fund Investor | A | Int./Div. | J | T | | | | | |
| 62. Vanguard Windsor II Fund Investor | A | Int./Div. | J | T | | | | | |
| 63. Vanguard Growth and Income Fund | A | Int./Div. | J | T | | | | | |
| 64. SunAmerica Strategic Bond Cl C | A | Int./Div. | J | T | | | | | |
| 65. SunAmerica Money Market Cl A | A | Int./Div. | J | T | | | | | |
| 66. SunAmerica Focused Multi Asset Cl C | A | Int./Div. | J | T | | | | | |
| 67. SunAmerica Focused Alpha Growth Cl C | A | Int./Div. | J | T | | | | | |
| 68. SunAmerica 2015 High Watermark Cl C | A | Int./Div. | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SunAmerica Focused StarALPHA CL C | A | Int./Div. | | | | | | | |
| 70. Prudential Guaranteed Income Fund | A | Int./Div. | J | T | | | | | |
| 71. PIMCO Total Return Fund | A | Int./Div. | J | T | | | | | |
| 72. Black Rock Equity Fund Dividend R | A | Int./Div. | J | T | | | | | |
| 73. Wells Fargo Advantage Growth A | A | Int./Div. | J | T | | | | | |
| 74. Victory Established Value A | | None | | | | | | | |
| 75. Prudential Jenn Mid Cap Growth A | A | Int./Div. | J | T | | | | | |
| 76. JPMorgan Mid Cap Value A | A | Int./Div. | J | T | | | | | |
| 77. Fidelity Adv Small Cap Fund | A | Int./Div. | J | T | | | | | |
| 78. Perkins Small Cap Value R | A | Int./Div. | J | T | | | | | |
| 79. American Funds EuroPac Gr R3 | A | Int./Div. | J | T | | | | | |
| 80. CREF Money Market | A | Int./Div. | J | T | | | | | |
| 81. CREF Bond Market Fund | A | Int./Div. | J | T | | | | | |
| 82. CREF Global Equities | A | Int./Div. | J | T | | | | | |
| 83. CREF Growth | A | Int./Div. | J | T | | | | | |
| 84. CREF Equity Index | A | Int./Div. | J | T | | | | | |
| 85. Calvert Short Duration Income A | A | Int./Div. | J | T | | | | | |

1. Income-Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Transamerica Stable Value | A | Int./Div. | J | T | | | | | |
| 87. American Funds AMCAP A | A | Int./Div. | J | T | | | | | |
| 88. Ivy International Core Equity A | A | Int./Div. | J | T | | | | | |
| 89. Calvert Income A | A | Int./Div. | J | T | | | | | |
| 90. Pioneer Equity Income A | A | Int./Div. | J | T | | | | | |
| 91. Sit Dividend Growth Fund | A | Int./Div. | J | T | | | | | |
| 92. AllianceBertein Small Cap Growth A | A | Int./Div. | J | T | | | | | |
| 93. Columbia Small Cap Value Fund I Class A | A | Int./Div. | J | T | | | | | |
| 94. City of Knoxville TN Pension Plan G Option 1 | A | Int./Div. | J | T | | | | | |
| 95. First Tennessee Bank cash accounts | A | Int./Div. | K | T | | | | | |
| 96. Avivia Advantage Builder Series III whole life Insurance pol | A | Int./Div. | K | T | | | | | |
| 97. Guardian Modified Benefit whole life insurance policy | A | Int./Div. | J | T | | | | | |
| 98. Hartford whole life insurance policy | A | Int./Div. | J | T | | | | | |
| 99. Lincoln National universal whole life insurance policy | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Pamela L. | 05/16/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The firm where I currently practice law changed names in September 2012 when Robert Murrian retired and Heather Anderson joined us. At that time the name changed from Reeves, Herbert & Murrian, P.A. to Reeves, Herbert & Anderson, P.A.

The firm where I currently practice law changed names in September 2012 when Robert Murrian retired and Heather Anderson joined us. At that time the name changed from Reeves, Herbert & Murrian, P.A. to Reeves, Herbert & Anderson, P.A.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Pamela L. Reeves**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 32 | 000 | Notes payable to banks-secured (auto) | | 22 | 242 |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | | 381 | 705 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 9 | 700 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – see schedule | | 162 | 511 |
| Real estate owned – see schedule | | 875 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 75 | 000 | | | | |
| Cash value-life insurance | | 87 | 253 | | | | |
| Other assets itemize: | | | | | | | |
| City of Knoxville Pension Plan | | 2 | 092 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 194 | 453 |
| | | | | Net Worth | 1 | 258 | 597 |
| Total Assets | 1 | 453 | 050 | Total liabilities and net worth | 1 | 453 | 050 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |